**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1044WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Roland Mark Evans, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 18, 1997
Filed: November 26, 1997

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Roland Mark Evans appeals his sentence for computer and credit card fraud. After a careful review of the record, we reject Evans's arguments. First, contrary to Evans's view, the government's evidence and Evans's stipulation about the amount of loss support the district court's loss calculation. Second, the record amply supports the district court's refusal to reduce Evans's base offense level for acceptance of responsibility. Finally, we agree with Evans that the sentencing transcript permits us to consider Evans's ineffective assistance of counsel arguments, and having done so, we conclude Evans has failed to show that he was prejudiced by his counsel's performance. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.